UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| TREVAN C. CREASON, | ) | Case No.: 5:21-CV-39-TBR |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | COMPLAINT |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

FILED
JAMES J. VILT, JR. - CLERK
MAR 15 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Plaintiff, Trevan C. Creason (hereinafter "Plaintiff") alleges:

**PRELIMINARY STATEMENT**

1. This is an action for damages arising from violations of the Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq.* (hereinafter "FCRA").

**JURISDICTION AND VENUE**

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p.

3. Venue is appropriate in this district under 28 U.S.C. § 1391(b).

**PARTIES**

4. Plaintiff is a natural person who at all relevant times has resided in Mayfield, Kentucky.

5. Defendant Experian Information Solutions, Inc. ("Experian") is a business entity that regularly conducts business in Kentucky with its principal place of business as 475 Anton Blvd. Costa Mesa, California 92626. Experian is a "consumer reporting agency," as defined in 15 U.S.C.

§ 1681a(f) and engaged in the business of assembling, evaluating, and disbursing information concerning consumers for the purpose of furnishing consumer reports, as defined in 15 U.S.C. §1681 a(d), to third parties.

## FACTUAL STATEMENT

6. Experian is one of the major credit reporting agencies within the United States.

7. In this regard, Experian compiles data on millions of consumers and provides credit histories and credit scores concerning those consumers upon request.

8. Recognizing the importance of error free credit data, and the damage which erroneous credit reports could create, Congress enacted the Fair Credit Reporting Act. This law requires that credit reporting agencies, like Experian, create policies to ensure the maximum possible accuracy. The law also prohibits Experian from issuing consumer reports to third parties without a permissible purpose. Finally, the law requires Experian to investigate consumer disputes and fix the errors disputed.

9. Experian has consistently failed to create adequate policies or procedures to ensure credit reporting accuracy. One of the most well-known problems in the credit reporting industry is the problem of mixed credit files. A mixed file occurs when information belonging to one consumer is being reported on the credit file of another consumer. Experian has been repeatedly warned by regulatory bodies and Attorneys' General concerning the problem of mixed files. Yet, Experian continues to mix the credit files of consumers.

10. Experian has mixed Plaintiff's credit file with another consumer. The mix is so extensive that Experian's credit file has indicated Plaintiff and this other consumer are the very same person.

11. Experian has issued erroneous credit reports concerning Plaintiff, which were initiated by Plaintiff's requests for credit. Said reports contained numerous pieces of credit information that do not belong to Plaintiff.

12. On or about December 2019, after a credit application with Toyota Motors was denied, Plaintiff learned that his credit contained inaccurate information that was not his.

13. Plaintiff's subsequent credit applications were also denied as a result of Experian issued erroneous credit reports.

14. In May 2020, Plaintiff disputed the errors with Experian.

15. Experian did not respond to Plaintiff's dispute.

16. Additionally, between 2018 and 2020, Experian has been providing Plaintiff's credit information to third parties without a permissible a purpose. Specifically, the party with whom Plaintiff is mixed has been applying for credit, and in response, Experian has been providing Plaintiff's credit information to those prospective creditors.

17. Plaintiff has suffered financial and emotional harm as a result of Defendant's reportings.

## COUNT I
## VIOLATION OF THE FAIR CREDIT REPORTING ACT
## BY EXPERIAN INFORMATION SOLUTIONS, INC.

18. Plaintiff realleges the above paragraphs as if recited specifically set forth at length herein.

19. Defendant Experian prepared, compiled, issued, assembled, transferred, published and otherwise reproduced consumer reports regarding Plaintiff as that term is used and defined under 15 U.S.C. § 1681a.

20. Said reports contained information about Plaintiff that was false, misleading, and inaccurate.

21. Experian negligently and willfully failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information it reported to one or more third parties pertaining to Plaintiff, in violation of 15 U.S.C. § 1681e(b).

22. After receiving Plaintiff's dispute highlighting the errors, Experian negligently and willfully failed to conduct a reasonable investigation as required by 15 U.S.C. § 1681i.

23. Experian provided Plaintiff's report to third parties without a permissible purpose in violation of 15 U.S.C. § 1681b and § 1681e(a).

24. As a direct and proximate cause of Experian's failure to perform its duties under the FCRA, Plaintiff has suffered actual damages, mental anguish, humiliation, and embarrassment.

25. Experian's conduct, action and inaction was willful, rendering it liable for actual and statutory damages, and punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n. In the alternative, Experian was negligent entitling the Plaintiff to recover actual damages under 15 U.S.C. § 1681o.

WHEREFORE, PLAINTIFF PRAYS that this court grant him a judgment against Experian for the greater of statutory or actual damages, plus punitive damages along with costs, interest, and attorney's fees.

### JURY TRIAL DEMAND

Plaintiff demands a jury trial on all issues so triable.

Dated:   March 12, 2021

Respectfully Submitted,
/s/ *Daniel Zemel*
Daniel Zemel, Esq. (*Pro Hac Vice*)
ZEMEL LAW, LLC
660 Broadway
Patterson, NJ 07514
T: (862) 227-3106
F: (973) 282-8603
DZ@zemellawllc.com
*Attorneys for Plaintiff*

**The Zemel Law**
660 BROADWAY
PATERSON, NEW JERSEY
07514






CERTIFIED MAIL

7020 2450 0000 8115 1286

U.S. POSTAGE
FCM LG ENV
PARAMUS,
07652
MAR 12, 21
AMOUNT
$8.0
R2306Y15184

1000   40202

**FILED**
JAMES J. VILT, JR. - CLERK
MAR 15 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY



U.S. District Court Clerk
601 W Broadway — RM 106
Louisville, Kentucky 40202